**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAKIM BRANCHE-JONES, | Case No. 2:25-cv-02599-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| SDCC WARDEN, et al., | |
| Respondents. | |

In this habeas action, Petitioner Hakim Branche-Jones requests a 30-day extension of time to file an opposition to Respondent's Motion to Dismiss his petition. ECF No. 22. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore Ordered that Petitioner's Motion for Extension of Time to Respond to the Motion to Dismiss Petition (ECF No. 22) is granted.

It is further Ordered that Petitioner has through May 7, 2026, to file his opposition to the Motion to Dismiss the Petition.

Dated:    April 6, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE