**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAKIM BRANCHE-JONES, | Case No. 2:25-cv-02599-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| SDCC WARDEN, et al., | |
| Respondents. | |

Respondents request a seven-day extension of time to file a reply in support of their Motion to Dismiss the petition. ECF No. 25.  The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore Ordered that Respondent's Motion for Enlargement of Time to File Reply to Opposition to Motion to Dismiss (First Request) (ECF No. 25) is granted.

It is further Ordered that Respondents have through April 21, 2026, to file a reply in support of the Motion to Dismiss the Petition.

Dated:   April 16, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE