**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAKIM BRANCHE-JONES,<br><br>                              Petitioner,<br><br>v.<br><br>SDCC WARDEN, et al.,<br><br>                              Respondents. | Case No. 2:25-cv-02599-GMN-NJK<br><br>**SCHEDULING ORDER** |

In this habeas corpus action, the Court appointed counsel for Petitioner Hakim Branche-Jones. ECF No. 29.  On June 15, 2026, Martin H. Novillo appeared on behalf of Branche-Jones. ECF No. 31.  The respondents' counsel appeared on February 10, 2026. ECF No. 6.

It is therefore Ordered that Martin H. Novillo is appointed as counsel for Branche-Jones under 18 U.S.C. § 3006A(a)(2)(B).  Counsel will represent Branche-Jones in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

It is further Ordered that, if necessary, Branche-Jones must file an amended petition for a writ of habeas corpus within 90 days after entry of this Order.  The amended petition must specifically state whether each ground for relief has been exhausted in state court; for each claim that has been exhausted in state court, the amended petition must state how, when, and where that occurred.  If Branche-Jones determines that an amended petition need not be filed, then, within 90 days after entry of this Order, Branche-Jones must file a notice to that effect.

It is further Ordered that Respondents will have 60 days following the filing of the amended petition to file an answer or other response to the amended petition.  If Branche-Jones

does not file an amended petition, Respondents will have 60 days following the due date for the amended petition to file an answer or other response to the original petition.

It is further Ordered that Branche-Jones will have 45 days following the filing of an answer to file a reply.  Respondents will thereafter have 30 days following the filing of a reply to file a response to the reply.

It is further Ordered that if Respondents file a motion to dismiss, Branche-Jones will have 60 days following the filing of the motion to file a response to the motion.  Respondents will thereafter have 30 days following the filing of the response to file a reply.

It is further Ordered that if Branche-Jones wishes to move for leave to conduct discovery, Branche-Jones must file such motion concurrently with, but separate from, the response to Respondents' motion to dismiss or the reply to Respondents' answer.  Any motion for leave to conduct discovery filed by Branche-Jones before that time may be considered premature, and may be denied, without prejudice, on that basis.  Respondents must file a response to any such motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to Branche-Jones's reply.  Thereafter, Branche-Jones will have 20 days to file a reply in support of the motion for leave to conduct discovery.

It is further Ordered that if Branche-Jones wishes to request an evidentiary hearing, Branche-Jones must file a motion for an evidentiary hearing concurrently with, but separate from, the response to Respondents' motion to dismiss or the reply to Respondents' answer.  Any motion for an evidentiary hearing filed by Branche-Jones before that time may be considered premature, and may be denied, without prejudice, on that basis.  The motion for an evidentiary hearing must specifically address why an evidentiary hearing is required and must meet the requirements of 28 U.S.C. § 2254(e).  The motion must state whether an evidentiary hearing was

2

held in state court, and, if so, state where the transcript is located in the record.  If Branche-Jones files a motion for an evidentiary hearing, Respondents must file a response to that motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to Branche-Jones's reply.  Thereafter, Branche-Jones will have 20 days to file a reply in support of the motion for an evidentiary hearing.

Dated:  June 18, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3