**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HAKIM BRANCHE-JONES,

Petitioner,

v.

SDCC WARDEN, et al.,

Respondents.

Case No. 2:25-cv-02599-GMN-NJK

**EXTENSION ORDER**

In this habeas corpus action, Petitioner Hakim Branche-Jones filed a motion requesting a 90-day extension of time to file an amended petition. ECF No. 33. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. Local Rules of Practice LR IA 6-1.

It is therefore Ordered that Petitioner's Unopposed Motion for Extension of Time to File Amended Petition (First Request) (ECF No. 33) is granted.

It is further Ordered that Petitioner has through December 15, 2026, to file an amended petition.

Dated: September 17, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE